UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT BAKOIAN,
        Plaintiff,

        v.                                                    CIVIL ACTION
                                                          NO. 13-10075-LTS

MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
        Defendant.

ORDER

SOROKIN, C.M.J.

On January 24, 2013, this Court granted Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 5).  Accordingly, it is hereby Ordered that:

(1)    The Clerk shall issue summons(es).

(2)    The Clerk shall send the summons(es), a copy of the Complaint, and this Order to the Plaintiff, who must thereafter serve the Defendant(s) in accordance with Federal Rule of Civil Procedure 4(m).  The Plaintiff may elect to have service made by the United States Marshal Service.  If directed by the Plaintiff to do so, the United States Marshal shall serve the summons(es), Complaint, and this Order upon the Defendant(s), in the manner directed by the Plaintiff, with all costs of service to be advanced by the United States Marshal Service.  Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the Plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.

                        /s/ Leo T. Sorokin
                        LEO T. SOROKIN
                        CHIEF, UNITED STATES MAGISTRATE JUDGE
DATED:  February 5, 2013